1  MARLANA SMITH
2  MARTHA SMITH
   16348 River Glen Lane
3  Fontana California 92336
4  (909) 275 3981
5  Special Appearance
6
7
8
9
10                          UNITED STATES DISTRICT COURT
11                          CENTRAL DISTRICT OF CALIFORNIA
12                          EASTERN DIVISION
13  SOUTHERN CALIFORNIA              Case No 13 - 02209
    INVESTORS, INC.
14
                                    Former Removed
15                                  Case No.: UDFS 1300325
16                Plaintiff,        Complaint  Filed: February 14, 2013
                                    Judge: Honorable John Pacheco
17     vs.
18  MARLANA J SMITH, MARTHA         NOTICE OF REMOVAL
    JEAN SMITH, DATA WEST INC.,
19  A CALIFORNIA CORPORATION,       HEARING:
20  and DOES 1 TO 10, INCLUSIVE,    Date:  December 03, 2013
                                    Time:  1:30 p.m.
21                                  Dept:
                Defendants.
22
23        To THE STATE OF CALIFORNIA SUPERIOR COURT, COUNTY OF
24  SAN BERNARDINO, FONTANA DISTRICT, To Plaintiff, SOUTHERN
25  CALIFORNIA INVESTORS, INC., [hereinafter "SCII"] and its attorney of
26  record:
27
28

1 | **NOTICE OF REMOVAL**

2 | MARLANA J SMITH, hereby removes debt collection Case No. UDFS

3 | 1200712, from THE STATE OF CALIFORNIA SUPERIOR COURT, COUNTY

4 | OF SAN BERNARDINO, FONTANA DISTRICT, to the UNITED STATES

5 | DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

6 | EASTERN DISTRICT, pursuant to Title 28 › Part IV › Chapter 89 › § 1332, §

7 | 1441 and § 1446, and as ground for its removal, hereby states under Oath, as

8 | follows:

9 | **Preliminary Statement**

10 |     1.    MARLANA J SMITH, by pro se counsel for the removing party

11 | litigant named as the Defendant in the within action.

12 |     2.    MARLANA J SMITH, relying on <u>Hall v. Bellmon</u>, (10th Cir. 1991),

13 | where the Court stated that "*A Pro Se litigant's pleading are to be construed*

14 | *liberally and to a less stringent standard than formal pleadings drafted by*

15 | *lawyers…If a Court can reasonably read the pleadings to state a valid claim*

16 | *on which Plaintiff could prevail, it should do so despite the Plaintiff's failure to*

17 | *cite proper legal authority, his confusion of various legal theories, his poor*

18 | *syntax and sentence construction or his unfamiliarity with pleading*

19 | *requirements.*"

20 | **JURISDICTION**

21 | **Federal Debt Collection**

22 |     3.    On February 14, 2013, Plaintiff, SOUTHERN CALIFORNIA

23 | INVESTORS, INC., "SCII," filed the removed debt collection Complaint in

24 | CALIFORNIA State Court. A copy of the Complaint is attached as Exhibit "1,"

25 | and a Copy of the Answer is attached as "Exhibit "2."

26 |     4.    The complaint is not well-pleaded, but nonetheless SCII is a

27 | limited partnership who makes a claim that it purchased debt from its debt

28 | collector assignor,

1     5.     As the purchaser of a third party debt collection attorneys, SCII,

2  misused the CALIFORNIA State judicial and foreclosure procedure to collect

3  a federal third party debt, where the debt collection procedure is governed

4  exclusively by federal law.  Title 15 › Chapter 41 › Subchapter V › § 1601 *et*

5  *seq.,* Title 28 › Part VI › Chapter 176. Such misconduct and misuse of process

6  supports removal and warrants finding that the Plaintiff acted in bad faith to

7  prevent removal of the action. Title 28 › Part IV › Chapter 89 › § 1446(c)(3)(B).

8     6.     The Complaint is not well-pleaded, but nonetheless identifies the

9  Plaintiff as a third party debt collector of a federally guaranteed loan.

10     7.     The debt collection of defaulted mortgages is exclusively the

11  province of the Secretary of the Department of Housing and Urban

12  Development, "Secretary," or a duly authorized and appointed delegate.

13     8.     The Complaint was required, but failed to allege preliminary and

14  material facts prerequisite to the allegation of a claim of proper ownership,

15  i.e., authorized foreclosure and for possession. 12 USC §3151.

16     9.     As required by Title 28 › Part IV › Chapter 89 › commencing with §

17  1446(a) and Rule 4.02, copies of all process, pleading, orders, and other

18  papers or exhibits filed in the State Court case are attached hereto as Exhibit

19  "1," and made part herein by reference.

20     10.    The prosecution of the third party collection of the alleged federal

21  debt is exclusively within the original jurisdiction of the United States District

22  Court and Florida law is preempted.

23     11.    The law of the contract contained within a CALIFORNIA – Single

24  Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT – MERS,

25  "MORTGAGE," security instrument in the Office of the Public records of SAN

26  BERNARDINO, County, State of CALIFORNIA, which states at page 2 of 15:

27     "(I) "Applicable Law" **means all controlling applicable federal,**

28  *state and local statutes, regulations ordinances and administrative rules and*

1   *orders (that have the effect of law) as well as all applicable final, non-*
2   *appealable judicial opinions.*"

3       12.   The contract sued upon, governing the third party debt collection,
4   agrees with federal preemption of CALIFORNIA State judicial foreclosure law.

5       13.   Plaintiff, a third party debt collectors, and its attorneys, misused
6   the CALIFORNIA State judicial foreclosure procedure to collect a federal third
7   party debt, where the debt collection procedure is governed exclusively by
8   federal law.  Title 15 › Chapter 41 › Subchapter V › § 1601 *et seq.,* Title 28 ›
9   Part VI › Chapter 176.Such misconduct and misuse of process supports
10  removal and warrants finding that the Plaintiff acted in bad faith to prevent
11  removal of the action. Title 28 › Part IV › Chapter 89 › § 1446(c)(3)(B).

12                      **Federal Preemption Grounds for Removal**

13      14.   The collection of federal debt is the exclusive arena of the federal
14  law and federally guaranteed loan foreclosures are the exclusive province of
15  the Secretary of the Department of Housing and Urban Development.

16      15.   The underlying obligation was a Fannie Mae originated product.

17      16.   Fannie Mae is a federal corporation, chartered under the United
18  States Code, is a real party in interest, and a necessary and proper party.

19      17.   Plaintiff is contracted with the third party "Debt Collector" assigned
20  under the Pooling and Servicing Agreement.

21      18.   Title 28 › Part VI › Chapter 176 › Subchapter A › § 3001 of the
22  United States Code states:

23              "*(a) In General.— Except as provided in subsection (b), the [1]*
24              *chapter provides the exclusive civil procedures for the United*
25              *States—*

26              *(1) to recover a judgment on a debt;*"

27      19.   Title 15 › Chapter 41 › Subchapter V › § 1601, *et seq.,* of the
28  United States Code regulates deceptive debt collection practices and governs

1 | the activity of Plaintiff in enforcing the collection of the alleged debt.

2 | **Venue**

3 | 20.   Venue is proper in this Court pursuant to 28 USC 1441(a) and 1446(b)

4 | because the UNITED STATES DISTRICT COURT FOR THE CENTRAL

5 | DISTRICT OF CALIFORNIA  EASTERN DIVISION, is the federal judicial

6 | district embracing the STATE OF CALIFORNIA SUPERIOR COURT,

7 | COUNTY OF SAN BERNARDINO, FONTANA DISTRICT, where the State

8 | Court Action was originally filed.

9 | **Amount in Controversy**

10 | 21.   The value of property that is the third party debt being collected is

11 | in excess of $75,000.00, excluding interest, fees, costs and expenses.

12 | Complaint alleged value of property is in excess of $75,000.00, which is the

13 | subject of a proceeding, is the amount in controversy. The value of the

14 | property exceeds the minimum jurisdictional limit, being more than

15 | $75,000.00.

16 | 22.   The State Court action may be properly removed to this Court.

17 | **Notice**

18 | 23.   Written notice of removal of this action will be promptly served to

19 | Plaintiff and a NOTICE OF FILING, NOTICE OF REMOVAL filed with the

20 | Clerk of the STATE OF CALIFORNIA SUPERIOR COURT, COUNTY OF

21 | SAN BERNARDINO, FONTANA DISTRICT.  A copy of this Notice of Filing is

22 | attached hereto as Exhibit "3."

23 | 24.   WHEREFORE, Defendant hereby removes the above captioned

24 | action case from STATE OF CALIFORNIA SUPERIOR COURT, COUNTY OF

25 | SAN BERNARDINO, FONTANA DISTRICT, terminating jurisdiction and

26 | enforcement of orders of the STATE OF CALIFORNIA SUPERIOR COURT,

27 | COUNTY OF SAN BERNARDINO, FONTANA DISTRICT, over the case and

28 | the parties, such that further proceedings be conducted in this Court.

1      25.   A copy of the foregoing was sent *via* mail to Plaintiff SOUTHERN

2   CALIFORNIA INVESTORS, INC..

3      26.   A copy of the foregoing was sent *via* mail to retained third party

4   debt collection attorneys H.G. Long & Associates, 634 Oak Court, San

5   Bernardino, CA 92410.

6      27.   The State Court action may be properly removed to this Court.

7   Dated:  December 03, 2013

8                                    MARLANA J SMITH

9

10                   By: MP  *Marlana Smith*

11   Dated:  December 03, 2013

12                                    MARTHA JEAN SMITH

13

14                   By: MP  *Martha Smith*

15                                    ///

16

17

18

19

20

21

22

23

24

25

26

27

28

1          **PROOF OF SERVICE**

2          I am over the age of 18 and not a party to this action. My business address is
3     12981 Perris Blvd. Suite 113, Moreno Valley, CA 92553, which is located in the
       county where the mailing described took place.
4

5          On December 03, 2013, I provided Notice to the Unlawful Detainer Plaintiff and
       to the Defendants in the Unlimited Civil matter by mail described as:  NOTICE OF
6     REMOVAL, by service upon:
7                                    See Attached Mail List

8      __xx___     I deposited the foregoing documents in the United States Postal Service.
       Executed in Moreno Valley, California.
9

10    (State)   XXXX     I declare under penalty of perjury under the laws of the State of
       California that the above is true and correct.
11    [ X ] BY FAX TRANSMISSION.

12    SOUTHERN CALIFORNIA INVESTORS, INC. - Fax: 909-889-3900
       PMC BANCORP - Fax: 626-964-4010
13    QUALITY LOAN SERVICE CORPORATION - Fax: 619-757-2355

14
           I faxed the documents to the person(s) at the fax numbers listed above. No
15
       error was reported by the fax machine that I used.
16
           I declare under penalty of perjury under the laws of the State of California that
17
       the above is true and correct.
18
       Executed on December 03, 2013 at Moreno Valley, California
19

20                                                    _Mf Muhamra_
21                                                        Declarant

22

23

24

25

26

27

28

1                                    MAIL LIST

2    SOUTHERN CALIFORNIA INVESTORS, INC.
3    c/o H.G. Long & Associates
     634 Oak Court
4    San Bernardino, CA 92410
5

6    PMC BANCORP
7    17800 Castleton St. Suite #488
     City of Industry, CA 91748
8    Tel: 626-964-4040
9    Fax: 626-964-4010

10   QUALITY LOAN SERVICE CORPORATION
11   2141 5th Ave.
     San Diego, CA 92101
12   Fax: 619-757-2355
13   ///

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"
# NOTICE OF REMOVAL

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
FONTANA DIVISION

FEB 1 4 2013

BY _____
John Villapando, DEPUTY

1  BARK & PETROFF, L.L.P.
   Allen Petroff, Bar No.: 278382
2  2276 Torrance Blvd
   Torrance, CA 90501
3  Attorneys for Plaintiff, SOUTHERN CALIFORNIA INVESTORS, INC.

4            SUPERIOR COURT OF THE STATE OF CALIFORNIA

5            COUNTY OF SAN BERNARDINO, FONTANA DIVISION

6                                      UDFS1300325

7
   SOUTHERN CALIFORNIA INVESTORS,    Case No.:
8
   INC.                             COMPLAINT FOR UNLAWFUL DETAINER
                                    ACTION BASED ON CODE OF CIVIL
9               Plaintiff,          PROCEDURE SECTION 1161a

10
   vs.
11
   MARLANA J. SMITH; MARTHA JEAN    Unlimited (DEMAND OF COMPLAINT
12
   SMITH,                           EXCEEDS $10,000.00)
13
                Defendant
14
   DOES 1 TO 10 INCLUSIVE
15

16
       Plaintiff alleges:
17
       1.   This court is the proper court for the trial of this action
18
   because:
19
       a.   Each Defendant resides and/or conducts business in the area
20
   served by the Court;
21
       b.   The property which is the subject of this action, 16348 River
22
   Glen Ln., Fontana, CA 92336 ("the property"), is located in the area served
23
   by this Court; and;
24
       c.   The amount of damages claimed in this action exceeds $10,000.
25
   / / /
26
   / / /
27
   / / /
28

       COMPLAINT FOR UNLAWFUL DETAINER ACTION BASED ON CODE OF CIVIL PROCEDURE

                        SECTION 1161a - 1
                        SECTION 1161a - 1

2.    Plaintiff does not know the true names of the Defendants designated as "DOES 1 TO 10"; however, Plaintiff is informed, believes and alleges, that at all relevant times mentioned in this Complaint, the named Defendants and DOES 1 TO 10 have been in possession of the property.

3.    Plaintiff is a California corporation.

4.    Plaintiff is the owner and entitled to possession of the property

5.    On or about April 10, 2012, Plaintiff became the owner of the property by purchasing said property in a Trustee's Sale following foreclosure proceedings. Said foreclosure sale and all notices preceding said foreclosure were done in compliance with California Civil Code §2924 et. seq. and title under said sale has been duly perfected.

6.    No landlord/tenant relationship exists between the Plaintiff and Defendant(s).

7.    For the period from April 10, 2012, to present, Defendant(s) occupied the property without the consent or authorization of the Plaintiff. Defendant(s)'s title, if any, to the property, that existed prior to April 10, 2012, was extinguished by said foreclosure and Trustee's Sale.

8.    On February 5, 2013, Plaintiff caused to be served on the Defendant(s) a written notice in compliance with the Code of Civil Procedure, 1161 et. seq., requiring and demanding that Defendant(s) quit and deliver up possession of the property to Plaintiff within three (3) days after the service of the notice on the. A true and correct copy of the Notice to Quit is attached hereto as Exhibit 1. The notice was served on February 5, 2013 in compliance with Code of Civil Procedure Section 1162 and the proof of service for the Notice to Quit is attached as Exhibit 2. Said notice expired on February 9, 2012, but Defendant(s) failed and refused to quit and deliver up possession of the property until present.

COMPLAINT FOR UNLAWFUL DETAINER ACTION BASED ON CODE OF CIVIL PROCEDURE

SECTION 1161a - 2

1      9.    Plaintiff is entitled to damages in the sum of $70.00 per day
2   beginning April 17, 2012 for the use and occupancy of the property, the
3   reasonable value thereof.  Before this case was filed, there was a prior case
4   identical to this one, with one minor defect (the Plaintiff's name on the
5   Notice to Quit was incorrect).  In case number UDFS 1200712, Defendant was
6   served with a Notice to Quit that expired on April 17, 2012. Plaintiff seeks
7   daily damages for the use of occupancy of the property from the original
8   Notice to Quit should the court allow it.  In the alternative, however,
9   Plaintiff is entitled to damages in the sum of $70.00 per day beginning
10  February 8, 2013 for the use and occupancy of the property, the reasonable
11  value thereof.

12      10.   More than three (3) days have elapsed since the service of the
13  notice and Defendant(s) has/have neglected and refused, and still neglect(s)
14  and refuse(s), to vacate and deliver up possession of the property to
15  Plaintiff.

16      11.   Defendant(s) hold(s) over and continue(s) in possession of the
17  property willfully, intentionally and deliberately without permission or
18  consent of Plaintiff, and Plaintiff is entitled to immediate possession of
19  the property.

20      12.   Plaintiff has sustained damages in the amount of the reasonable
21  rental value of the property, to wit, $70.00 per day, beginning April 17,
22  2012 and will continue to sustain damages at said rate for so long as
23  Defendant(s) remain(s) in possession of the property.

24      WHEREFORE, Plaintiff prays against Defendant(s), and each of them as
25  follows:

26      1.    For restitution and possession of the property

27

28

COMPLAINT FOR UNLAWFUL DETAINER ACTION BASED ON CODE OF CIVIL PROCEDURE

SECTION 1161a - 3

1     2.     For damages in the amount of $70.00 per day beginning April 17,

2  2012 or as allowed by law; or in the alternative for damages in the amount of

3  $70.00 per day, beginning February 9, 2013 or as allowed by law.

4     3.     For plaintiffs costs of suit;

5     4.     For such other and further relief as the Court may deem proper.

6

7  Dated February 14, 2013

8

9                                          Allen Petroff, Bar No.: 278382

10                                         Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR UNLAWFUL DETAINER ACTION BASED ON CODE OF CIVIL PROCEDURE

SECTION 1161a - 4

## VERIFICATION

I, the undersigned, say:

That I am the attorney for the Plaintiff in this action; the Plaintiff is absent from the County of Los Angeles, California, where I have my office; or the Plaintiff is otherwise unable to verify this pleasing as of the date set forth hereinbelow; and I make this verification for and on behalf of the party for that reason. I have read the attached Complaint for Unlawful Detainer and know its contents. I am informed and believe, and on that ground allege, that the matters stated in it are true.

Executed on February 14, 2013 at Torrance, California. I declare under penalty of perjury that the foregoing is true and correct.

Allen Petroff, Bar No.: 278382

Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

### 3-DAY NOTICE TO QUIT
#### (California Code of Civil Procedure Section 1161a)

TO:   MARLANA J. SMITH, MARTHA JEAN SMITH, AND ALL OTHERS IN POSSESSION:

YOU AND EACH OF YOU are hereby put on notice that within three (3) days after service upon you of this NOTICE you are required to quit and deliver up possession of the real property you occupy at the hereinafter described address to the undersigned, or SOUTHERN CALIFORNIA INVESTORS, INC. who/which is authorized to receive the same.

This Notice is being given to you under the provisions of Section 1161a of the California Code of Civil Procedure, in that the subject property has been duly sold in accordance with Section 2924 of the Civil Code, under a power of sale contained in a deed of trust executed by you or a person under who you claim, and the title under the sale has been duly perfected.

In the event that you have not vacated and relinquished possession within three (3) days after service of this Notice upon you, you will be subject to court proceedings in the form of an Unlawful Detainer proceeding, and will be responsible for all Court costs, and may be liable for additional statutory damages of up to SIX HUNDRED DOLLARS ($600.00) in accordance with California Code of Civil Procedure Section 1174(b), as a result of your failure to comply with the terms of this notice. .

The premises of which you are required to surrender possession are situated in the City of FONTANA, County of SAN BERNARDINO, State of California, designated by the number and street as 16348 RIVER GLEN LN.

Dated: February 5, 2013

By:   _(signature)_

Attorney for Agent/Owner

This correspondence is an attempt to collect a debt and any information obtained shall be used solely for that purpose.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

## PROOF OF SERVICE OF NOTICE

ADDRESS: 16348 River Glen Ln., Fontana, CA 92336

I, the undersigned, declare that at the time of service of the papers herein referenced to I was at least eighteen (18) years of age, and that I served the following notice:

### 3 DAY NOTICE TO QUIT

On the following tenants(s): Mariana J. Smith; Martha Jean Smith; and All Unnamed Occupants

On February 5, 2013

By giving copies of the above named notice to a person of suitable age and discretion at the residence listed above (African-American male who refused to give his name, roughly 6'3" tall, approximately 40-50 years of age), and mailing by First Class mail on same day as delivery, a copy to each tenant(s) by depositing said copies in the United States Mail, in a sealed envelope with potage fully prepaid, addressed to the tenant(s) where property is situated.

I declare under penalty of perjury the above is true and correct and if called as a witness could testify competently.

Executed February 5, 2013 in Torrance, California

Name of Server:     Brian Thomas
Work Address:       2276 Torrance Blvd., Torrance, CA 90501
Phone No.:          (310) 800-2441


Signature: _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"
# NOTICE OF REMOVAL

1  MARLANA SMITH
2  MARTHA SMITH
   16348 River Glen Lane
3  Fontana California 92336

4

5  Special Appearance

6

7

8

9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11              IN AND FOR THE COUNTY OF SAN BERNARDINO

12  SOUTHERN CALIFORNIA          Case No.:  UDFS 1300325
13  INVESTORS, INC.             Complaint  Filed: February 14, 2013
                                Judge: Honorable John Pacheco
14
15          Plaintiff,          NOTICE OF FILING

16      vs.                     HEARING:
17  MARLANA J SMITH, MARTHA     Date:  December 03, 2013
    JEAN SMITH, DATA WEST INC., Time:  1:30 p.m.
18  A CALIFORNIA CORPORATION,   Dept:
19  and DOES 1 TO 10, INCLUSIVE,
20
21          Defendants.

22          To the Court, to Plaintiff, SOUTHERN CALIFORNIA INVESTORS, INC.

23  [hereinafter "SCII"] and its attorney of record:

24          Comes now MARLANA J SMITH, by and through the undersigned pro

25  se counsel, and hereby files this NOTICE OF FILING.

26          PLEASE TAKE NOTICE THAT on Monday, December 03, 2013,

27  MARLANA J SMITH, named defendant, by pro se counsel filed a NOTICE OF

28  REMOVAL, pursuant to 28 USC 1332, 1441, 1446, removing the above-

                              - 1- of - 4 -

1 | captioned action and terminating jurisdictional authority over the case and the
2 | parties from THEE STATE OF CALIFORNIA SUPERIOR COURT, COUNTY
3 | OF SAN BERNARDINO, FONTANA DISTRICT.  A copy of the NOTICE OF
4 | REMOVAL is attached hereto as Exhibit "1."

5 |     PLEASE TAKE FURTHER NOTICE that upon the filing of the NOTICE
6 | OF REMOVAL with the Clerk of the  UNITED STATES DISTRICT COURT
7 | FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, and
8 | filing copies thereof with THE STATE OF CALIFORNIA SUPERIOR COURT,
9 | COUNTY OF SAN BERNARDINO, MARLANA J SMITH has effected removal
10 | and THE STATE OF CALIFORNIA SUPERIOR COURT, COUNTY OF SAN
11 | BERNARDINO, FONTANA DISTRICT, and all actors, officers and agents
12 | authorized thereunder, SHALL PROCEED NO FURTHER IN THE ACTION,
13 | unless and until the case is remanded pursuant to 28 USC 1446(d).
14 | Dated:  This 3rd day of December, 2013
15 |                MARLANA J SMITH
16 |
17 |                By: MP Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce
18 | Dated:  This 3rd day of December, 2013
19 |                MARTHA JEAN SMITH
20 |
21 |                By: MP Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce Agent in Commerce
22 |          ///
23 |
24 |
25 |
26 |
27 |
28 |

1    **PROOF OF SERVICE**

2        I am over the age of 18 and not a party to this action. My business address is
3    12981 Perris Blvd. Suite 113, Moreno Valley, CA 92553, which is located in the
4    county where the mailing described took place.

5        On December 03, 2013, I provided Notice to the Unlawful Detainer Plaintiff and
6    to the Defendants in the Unlimited Civil matter by mail described as:  NOTICE OF
     FILING, by service upon:
7    See Attached Mail List

8    ___XX____    I deposited the foregoing documents in the United States Postal Service.
     Executed in Moreno Valley, California.
9

10   (State)  XXXX    I declare under penalty of perjury under the laws of the State of
     California that the above is true and correct.
11   [ X ] BY FAX TRANSMISSION.

12   SOUTHERN CALIFORNIA INVESTORS, INC. - Fax: 909-889-3900
13   PMC BANCORP - Fax: 626-964-4010
     QUALITY LOAN SERVICE CORPORATION - Fax: 619-757-2355
14
         I faxed the documents to the person(s) at the fax numbers listed above. No
15
     error was reported by the fax machine that I used.
16
         I declare under penalty of perjury under the laws of the State of California that
17
     the above is true and correct.
18
     Executed on December 03, 2013 at Moreno Valley, California
19

20                                              /   s/
21                                              /   Declarant

22

23

24

25

26

27

28

1                       MAIL LIST

2   SOUTHERN CALIFORNIA INVESTORS, INC.

3   c/o H.G. Long & Associates
    634 Oak Court

4   San Bernardino, CA 92410

5

6   PMC BANCORP

7   17800 Castleton St. Suite #488
    City of Industry, CA 91748

8   Tel: 626-964-4040

9   Fax: 626-964-4010

10   QUALITY LOAN SERVICE CORPORATION

11   2141 5th Ave.
    San Diego, CA 92101

12   Fax: 619-757-2355

13   ///

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SOUTHERN CALIFORNIA INVESTTORS INC

## DEFENDANTS
MARLANA J SMITH, MARTHA JEAN SMITH, DATA WEST INC., A CALIFORNIA CORPORATION

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   SAN BERNARDINO
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
H.G. Long & Associates
634 Oak Court
San Bernardino, CA 92410

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
       Plaintiff

☒ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 2   U.S. Government
       Defendant

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | | Pharmaceutical | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1592
Brief description of cause:
THIRD PARTY ASSIGNED DEBT COLLECTION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
12/03/2013

SIGNATURE OF ATTORNEY OF RECORD
By:

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# ED CV 13 - 02209

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Marlana J Smith
16348 River Glen Lane
Fontana, CA 92336
(404) 275 3981

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

COUTURE CAFE INVESTORS INV

Plaintiff(s)
v.

MARLANA SMITH
MARTHA SMITH

Defendant(s)

CASE NUMBER:

EDCV 13 - 02209

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
|  |  |

12-3-2013
Date

Marlana Smith
Signature

Attorney of record for (or name of party appearing in pro per):

_____