FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA INVESTORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARLANA J. SMITH, ET AL, <br><br> Defendants. | Case No. EDCV13-2209-UA (DUTY) <br><br> ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

The Court will remand this unlawful detainer action to state court summarily because it has been removed improperly.

On May 6, 2013, defendant Marlana J. Smith, having been sued in what appeared to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court. On May 28, 2013, the Court having read and considered the Notice of Removal, found no proper jurisdictional statement and ordered that action remanded to the San Bernardino County Superior Court, case number UDFS 1300325.

///
///
///

1

1   On June 10, 2013, defendant lodged with the Court a second Notice of Removal of the same underlying action, which, again, appeared to be a routine unlawful detainer action in California state court. Defendant presented an application to proceed *in forma pauperis* which the Court denied on June 19, 2013, remanding the action to state court.

On December 3, 2013, defendant lodged with the Court a third Notice of Removal of the same underlying action, which, again, appears to be a routine unlawful detainer action in California state court. Again, defendant has presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

As previously noted, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).

Nor does plaintiff's unlawful detainer action raise any federal legal question. See 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, San Bernardino County, Fontana District, 17780 Arrow Highway, Fontana, CA 92335, for lack of subject matter jurisdiction pursuant to 28

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 12/13/13

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

David T. Bristow
United States Magistrate Judge